UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANTHONY BRYANT EAVES,

          Plaintiff,

v.

THE STARS GROUP US, *et al.*,

          Defendants.

Civil Action No. 24-8108 (MAS)(JTQ)

**ORDER**

This matter comes before the Court upon the Application of Plaintiff Anthony Bryant Eaves ("Plaintiff") to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. (IFP Appl., ECF No. 1-2.) Importantly, Plaintiff failed to comply with the instructions in filling out his application as he did not respond to all questions. (*Id.* at 1 ("Do not leave any blanks: if the answer to a question is '0,' 'none,' or 'not applicable (N/A),' write that response.").) Instead, there are many blanks throughout Plaintiff's IFP Application. (*Id.* at 1-5.) Based on Plaintiff's incomplete responses, the Court finds good cause to deny Plaintiff's Application. Accordingly,

IT IS on this 17th day of September 2024, **ORDERED** that:

1.     Plaintiff's IFP Application is **DENIED WITHOUT PREJUDICE**.

2.     The Clerk of Court shall close this matter.

3.     By **October 16, 2024**, Plaintiff may submit a new IFP Application in the form attached to this Order. Alternatively, by **October 16, 2024,** Plaintiff may submit payment in the amount of $405.00 and the Clerk of Court will reopen the case.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE